# Exhibit 2

Subj:   **Good Faith Estimate of Closing Costs**
Date:   10/18/2007 1:35:45 PM Eastern Daylight Time
From:   Karen.A.Flanagan@wellsfargo.com
To:     gco126@aol.com

<<CANDEMERES-OTERO 10 18.07 pdf>>

Hello Jorge and Georgia!

My apologies for not including the attachment in yesterday's e-mail.

I also neglected to ask for a copy of your homeowners insurance declarations page. Even though we will not be escrowing for insurance, we need to change the mortgagee clause to Wells Fargo and I need to submit proof that the house is insured. You can fax it over with the other documents.

Thanks again!

**Karen A. Flanagan**
Home Mortgage Consultant
Wells Fargo Home Mortgage
M6533-011
1393 Veterans Memorial Hwy, Suite 408N
Hauppauge, New York 11788
631 382-2251 Tel
631 757-3104 Cell
866 358-8178 Fax
Karen.A.Flanagan@wellsfargo.com

In accordance with the Federal Can-Spam Act of 2003, Wells Fargo Home Mortgage is required to disclose that this e-mail may contain an advertisement or solicitation.

For your protection, we remind you that this is an unsecured email service, which is not intended for sending confidential or sensitive information. Please do not include your social security number, account number, or any other personal or financial information in the content of the email. To see our privacy policy regarding how we use and protect customer information, please select the following link: http://www.wellsfargo.com/privacy/privacy.jhtml. To discontinue receiving all emails containing solicitation materials from Wells Fargo Bank N.A., including Wells Fargo Home Mortgage, please send an email to NoEmailRequest@wellsfargo.com with your name and email address.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. © 2005 Wells Fargo Bank. All rights reserved. Equal Housing Lender

Wells Fargo Home Mortgage-2701 Wells Fargo Way-Minneapolis, MN 55467-8000

<<Flanagan, Karen A..vcf>>

From: Karen.A.Flanagan <Karen.A.Flanagan@wellsfargo.com>
To: Industrialbutton <Industrialbutton@aol.com>
Subject: RE: Terms and Conditions for Subordination Agreement. EIDL-695801-40-04
Date: Mon, Jan 14, 2008 1:45 pm
Attachments: Flanagan, Karen A..vcf (541)

Georgia,

Please call your insurance agent ASAP - she has advised our closing department that the insurance policy you have is for an investment home, this will not be acceptable for the closing, we need an owner occuped policy.

**Karen A. Flanagan**
Home Mortgage Consultant
Wells Fargo Home Mortgage
M6533-011
1393 Veterans Memorial Hwy, Suite 408N
Hauppauge, New York 11788
631 382-2251 Tel
631 757-3104 Cell
866 358-8178 Fax
Karen.A.Flanagan@wellsfargo.com

In accordance with the Federal Can-Spam Act of 2003, Wells Fargo Home Mortgage is required to disclose that this e-mail may contain an advertisement or solicitation.

For your protection, we remind you that this is an unsecured email service, which is not intended for sending confidential or sensitive information. Please do not include your social security number, account number, or any other personal or financial information in the content of the email. To see our privacy policy regarding how we use and protect customer information, please select the following link: http://www.wellsfargo.com/privacy/privacy.jhtml. To discontinue receiving all emails containing solicitation materials from Wells Fargo Bank N.A., including Wells Fargo Home Mortgage, please send an email to NoEmailRequest@wellsfargo.com with your name and email address.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2005 Wells Fargo Bank. All rights reserved. Equal Housing Lender.

Wells Fargo Home Mortgage-2701 Wells Fargo Way-Minneapolis, MN 55467-8000

**From:** Industrialbutton@aol.com [mailto:Industrialbutton@aol.com]
**Sent:** Monday, January 14, 2008 1:07 PM
**To:** deangelis@titleny.com; Flanagan, Karen A.
**Subject:** Re: Terms and Conditions for Subordination Agreement. EIDL-695801-40-04

Hello

SBA original documents were sent last Friday via Fedex 798350086430. at last tracking 11:15AM was on truck out for delivery.

Thank you,