# Exhibit 5

# Suffolk County Clerk's Office



## Mortgages

Tax Map = 0200-980.40-07.00-038.000

| Liber | Page | Date | Tax Map No | Mortgagor Name | Mortgagee Name | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| M00019301 | 590 | 2/19/1998 | 0200-980.40-07.00-038.000 | ORTERO, GEORGIA / CANDEMERES, GEORGIA | PERSONAL MORTGAGE CORPORATION | | |
| M00019301 | 591 | 2/19/1998 | 0200-980.40-07.00-038.000 | PERSONAL MORTGAGE CORPORATION | BENEFICIAL MORTGAGE CORPORATION | | |
| M00019673 | 413 | 3/1/2000 | 0200-980.40-07.00-038.000 | CANDEMERES, GEORGIA | EQUICREDIT | | |
| M00019705 | 188 | 5/12/2000 | 0200-980.40-07.00-038.000 | BENEFICIAL MORTGAGE CORPORATION | CANDEMERS, GEORGIA | | |
| M00020565 | 680 | 11/13/2003 | 0200-980.40-07.00-038.000 | CANDEMERES, GEORGIA / CAPPIELLO, STEVE | | | |
| M00020580 | 681 | 11/28/2003 | 0200-980.40-07.00-038.000 | CANDEMERES OTERO, GEORGIA | CAPPIELLO, STEVE | 50,000.00 | 475.00 |
| M00020632 | 535 | 1/23/2004 | 0200-980.40-07.00-038.000 | CANDEMERES, GEORGIA | METRO CENTER MORTGAGE INC | 164,000.00 | 1,615.00 |
| M00020762 | 504 | 6/4/2004 | 0200-980.40-07.00-038.000 | CANDEMERES OTERO, GEORGIA / EQUICREDIT | ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION | 161,500.00 | 0.00 |
| M00021277 | 930 | 4/13/2006 | 0200-980.40-07.00-038.000 | OTERO, JORGE / CANDEMERES OTERO, GEORGIA / CANDEMERES, GEORGIA | CANDEMERES, GEORGIA JPMORGAN CHASE BANK N A | 91,160.00 | 927.60 |
| M00021562 | 147 | 7/3/2007 | 0200-980.40-07.00-038.000 | JPMORGAN CHASE BANK N A | CANDEMERES OTERO, GEORGIA / CANDEMERES, WATA GEORGIA / OTERO, JORGE | | |
| M00021563 | 353 | 7/5/2007 | 0200-980.40-07.00-038.000 | CANDEMERES, GEORGIA | JPMORGAN CHASE BANK N A | 150,000.00 | 1,545.00 |
| M00021612 | 305 | 9/28/2007 | 0200-980.40-07.00-038.000 | JPMORGAN CHASE BANK N A | CANDEMERES, GEORGIA | | |
| M00021685 | 376 | 3/21/2008 | 0200-980.40-07.00-038.000 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC / METRO CENTER MORTGAGE INC | CANDEMERES, GEORGIA | | |
| M00021693 | 236 | 4/8/2008 | 0200-980.40-07.00-038.000 | CANDEMERES, GEORGIA | WELLS FARGO BANK N A | 172,000.00 | 1,776.00 |
| M00021693 | 237 | 4/8/2008 | 0200-980.40-07.00-038.000 | U S SMALL BUSINESS ADMINISTRATION | WELLS FARGO HOME MORTGAGE | | |
| M00021851 | 717 | 8/24/2009 | 0200-980.40-07.00-038.000 | CANDEMERES, GEORGIA / OTERO, GEORGE | CAPPIELLO, STEVE | 50,000.00 | 495.00 |
| M00224480 | 817 | 4/17/2014 | 0200-980.40-07.00-038.000 | WELLS FARGO BANK N A | U S BANK N A | | |