# Exhibit 6

Part ___ of the Supreme Court of the State of New York, held in and for the County of Suffolk at the Courthouse thereof, located at 1 Court Street, Riverhead, New York 11901 on the _____ day of _____, 2011.

P R E S E N T: Hon._____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

------------------------------------------------------------x

WELLS FARGO BANK, N.A.
3476 Stateview Boulevard
Ft. Mill, SC 29715

           Plaintiff,

-vs.-

GEORGIA CANDEMERES, A/K/A GEORGIA CANDEMERES-OTERO, ADMINSTRATOR OF THE SMALL BUSINESS ADMINISTRATION, CAPITAL ONE BANK, CITIFINANCIAL INC., SLOMINS INC., STEVE CAPPLIELLO,

JOHN DOE (Said name being fictitious, it being the intention of Plaintiff to designate any and all occupants of premises being foreclosed herein, and any parties, corporations or entities, if any, having or claiming an interest or lien upon the mortgaged premises.)

           Defendant(s).

------------------------------------------------------------x

INDEX NO.: 28854/10

**ORDER DISCONTINUING ACTION WITHOUT PREJUDICE**

UPON the reading and filing of the Notice of Motion pursuant to CPLR 3217(b) of Plaintiff Wells Fargo Bank, N.A. ("Plaintiff"), dated January 6, 2012, for an Order discontinuing this action and cancelling the lis pendens,

AND UPON the Affirmation of Michael E. Blaine, dated January 6, 2012, setting forth the basis for the relief requested herein,

AND, upon Opposition to said motion, if any, it is hereby

**ORDERED**, that Plaintiff's motion to discontinue action and cancel lis pendens is granted in all respects; and it is further

**ORDERED**, that the above-captioned action, and all causes of action alleged therein, and any and all counterclaims and affirmative defenses, be and the same hereby are discontinued without prejudice and without costs to any party as against the others; and it is further

**ORDERED**, that the County Clerk of Suffolk County is directed, upon payment of proper fees, if any, to cancel and discharge a certain Notice of Pendency filed in this action on the 6th day of August, 2010 against the property known as SBL#: District 0200, Section 980.40, Block 7.00, Lot 38.000, also known as 195 Maywood Drive, Mastic Beach, NY 11951, and the Clerk is hereby directed to enter upon the margin of the record of the same a Notice of Cancellation referring to this Order; and it is further

**ORDERED**, that the Clerk of the County of Suffolk be served a copy of this Order with Notice of Entry.

Dated:

_____
, J.S.C.

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------------------------------- x

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br>3476 Stateview Boulevard<br>Ft. Mill, SC 29715<br><br>               Plaintiff,<br>-vs.-<br><br>GEORGIA CANDEMERES, A/K/A GEORGIA CANDEMERES-OTERO, ADMINSTRATOR OF THE SMALL BUSINESS ADMINISTRATION, CAPITAL ONE BANK, CITIFINANCIAL INC., SLOMINS INC., STEVE CAPPLIELLO,<br><br>JOHN DOE (Said name being fictitious, it being the intention of Plaintiff to designate any and all occupants of premises being foreclosed herein, and any parties, corporations or entities, if any, having or claiming an interest or lien upon the mortgaged premises.)<br><br>               Defendant(s). | INDEX NO.: 28854/10<br><br>MORTGAGED PREMISES:<br>195 Maywood Drive<br>Mastic Beach, NY 11951<br><br>SBL#:<br>DISTRICT 0200<br>SECTION 980.40<br>BLOCK 7.00<br>LOT 38.000<br><br>**NOTICE OF MOTION TO DISCONTINUE ACTION AND TO CANCEL LIS PENDENS** |

---------------------------------------------------------------- x

    PLEASE TAKE NOTICE that upon the annexed Affirmation of Michael E. Blaine, dated January 6, 2012, and upon all the proceedings and pleadings in this action, Plaintiff Wells Fargo Bank, N.A. will move this Court at an IAS Part _____ of the Supreme Court, Suffolk County, located at 1 Court Street, Riverhead, New York 11901 on January 31, 2012 at 9:30 a.m. or as soon thereafter as counsel can be heard for an order pursuant to 3217(b) of the New York Civil Practice Law and Rules ("CPLR") discontinuing the action without prejudice, including all counterclaims and affirmative defenses asserted by Defendant Georgia Candemeres, and cancelling and discharging of record the lis pendens filed in this action in the office of the Clerk of the County of Suffolk on the 6th day of August, 2010 against the property known as SBL# District 0200, Section 980.40, Block 7.00, Lot 38.000, also known as 195 Maywood Drive, Mastic Beach, NY 11951, and granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to CPLR Rule 2214(b), answering affidavits and notices of cross-motions, if any, shall be served upon the undersigned at least seven days before the return date of this motion.

New York, New York
January 6, 2012

Respectfully submitted,

By: /s/ Allison J. Schoenthal
Allison J. Schoenthal
Michael E. Blaine
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

TO:

William Grausso, Esq.
Attorney at Law
131 West Main Street
Riverhead, NY 11901
(631) 591-0833
*Attorney for Defendant*
*Georgia Candemeres a/k/a Georgia Candemeres-Otero*

Administrator of the Small Business Administration
c/o U.S. Attorney
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
*Non-Appearing Defendant*

Capital One Bank
532 Old Town Rd.
Port Jefferson Station, NY 11776
*Non-Appearing Defendant*

2

CitiFinancial Inc.
111 Eighth Avenue
C/o CT Corporation System
New York, NY 10011
*Non-Appearing Defendant*

Slomins Inc.
125 Lauman Lane
Hicksville, NY 11801
*Non-Appearing Defendant*

Steve Cappiello
3 East Gate Road
Suffern, NY 10901
*Non-Appearing Defendant*

Tais Bomani
195 Maywood Drive
Mastic Beach, NY 11951
*Non-Appearing "John Doe" Defendant*

Magaley Hernandez
195 Maywood Drive
Mastic Beach, NY 11951
*Non-Appearing "John Doe" Defendant*

Michael Hernandez
195 Maywood Drive
Mastic Beach, NY 11951
*Non-Appearing "John Doe" Defendant*

STEVEN J. BAUM, P.C.
220 Northpointe Parkway, Suite G
Amherst, New York 14228
(716) 204-2400
*Co-Counsel for Plaintiff*

3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------------------------------- x
WELLS FARGO BANK, N.A.
3476 Stateview Boulevard
Ft. Mill, SC 29715

                Plaintiff,
  -vs.-

GEORGIA CANDEMERES, A/K/A GEORGIA CANDEMERES-OTERO, ADMINSTRATOR OF THE SMALL BUSINESS ADMINISTRATION, CAPITAL ONE BANK, CITIFINANCIAL INC., SLOMINS INC., STEVE CAPPLIELLO,

JOHN DOE (Said name being fictitious, it being the intention of Plaintiff to designate any and all occupants of premises being foreclosed herein, and any parties, corporations or entities, if any, having or claiming an interest or lien upon the mortgaged premises.)

                Defendant(s).
---------------------------------------------------------------- x

INDEX NO.: 28854/10

MORTGAGED PREMISES:
195 Maywood Drive
Mastic Beach, NY 11951

SBL#:
DISTRICT 0200
SECTION 980.40
BLOCK 7.00
LOT 38.000

### AFFIRMATION OF MICHAEL E. BLAINE IN SUPPORT OF DISCONTINUANCE OF ACTION AND CANCELLATION OF LIS PENDENS

I, Michael E. Blaine, hereby affirm the following under the penalty of perjury:

1.    I am a member of the bar of this Court and associated with the firm of Hogan Lovells US LLP, co-counsel for Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo" or "Plaintiff"). I am fully familiar with the facts set forth herein. I affirm that I am not a party to the action. I respectfully submit this affirmation in support of Wells Fargo's Motion to discontinue the above-captioned action without prejudice and cancel and discharge of record the Lis Pendens filed in this action in the office of the Clerk of the County of Suffolk on the 6th day of August, 2010 against the property known as SBL#: District 0200, Section 980.40, Block 7.00, Lot 38.000, also known as 195 Maywood Drive, Mastic Beach, NY 11951.

2. This action was commenced to foreclose a mortgage on real property known as SBL#: District 0200, Section 980.40, Block 7.00, Lot 38.000, also known as 195 Maywood Drive, Mastic Beach, NY 11951.

3. The Lis Pendens, Summons and Complaint were filed in the Office of the Suffolk County Clerk on the 6th day of August, 2010.

4. Defendant Georgia Candemeres a/k/a Georgia Candemeres-Otero ("Defendant") filed an Answer to the Complaint dated September 10, 2010 through her counsel William Grausso, Esq.

5. The remaining defendants have not appeared, answered or made any motion with respect to the Complaint in this action and their time to do so has expired.

6. No application was made in this action for the appointment of a referee, or a receiver of rents, and none was appointed.

7. No previous application has been made for the same or similar relief as requested in this motion.

8. The reason this action, including any and all counterclaims and affirmative defenses, is being discontinued, and the Lis Pendens is being cancelled, is that Plaintiff has voluntarily elected to discontinue the subject foreclosure action at this time.

9. Plaintiff attempted to obtain the consent of counsel for Defendant to discontinue the action. On August 12, 2011, I sent a "Stipulation to Discontinue" the action and a "Stipulation to Cancel Lis Pendens" (the "Stipulations") to William Grausso, Esq., counsel for Defendant, for his execution. A true and correct copy of the August 12, 2011 letter to Mr. Grausso with the Stipulations is annexed hereto as **Exhibit 1**.

2

10. On or about August 26, 2011, I telephoned Mr. Grausso and left a message requesting that he execute the Stipulations. On or about October 12, 2011 I spoke with Mr. Grausso by telephone and requested that he execute the Stipulations in an effort to avoid motion practice. In response, Mr. Grausso advised that he was not willing to consent to the discontinuance.

11. Despite Plaintiff's attempts to discontinue the action on consent, Defendant has not agreed – presumably in an attempt to increase the length of time she can continue to live at the mortgaged premises without paying the mortgage obligation. Accordingly, Wells Fargo is proceeding by motion. A true and correct copy of a proposed order discontinuing the action is annexed hereto as **Exhibit 2.**

WHEREFORE, I respectfully request that the above-captioned action, and all counterclaims and affirmative defenses be discontinued, without prejudice, and that the Lis Pendens be cancelled from the records of the Suffolk County Clerk's office, together with such other and further relief as this Court deems just and proper.

January 9, 2012
New York, New York

_____
Michael E. Blaine

3




Hogan Lovells

August 12, 2011

Michael E. Blaine
Attorney at Law
T +1.212.918.3603
F +1.212.918.3100
michael.blaine@hoganlovells.com

**BY REGULAR MAIL AND FACSIMILE**

William Grausso, Esq.
Attorney at Law
131 West Main Street
Riverhead, NY 11901

Re: *Wells Fargo Bank, N.A. v. Georgia Candemeres, a/k/a Georgia Candemeres -Otero, et al.*
Index No. 28854/10

Dear Mr. Grausso:

As you know, this firm serves as co-counsel to Wells Fargo Bank, N.A. ("Wells Fargo"), the plaintiff in the above-referenced action. At this time, Plaintiff has decided to voluntarily discontinue this action, provided that you execute the annexed stipulation for discontinuance, discontinuing all claims and counterclaims, and stipulation cancelling the lis pendens. Please return the executed stipulations to my attention at the address, e-mail, or fax number listed herein so we can arrange for filing of same.

Should you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Michael E. Blaine

Encs.



Exhibit 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------------------------------------- X

WELLS FARGO BANK, N.A.
3476 Stateview Boulevard
Ft. Mill, SC 29715

                Plaintiff,

  -vs.-

GEORGIA CANDEMERES, A/K/A GEORGIA
CANDEMERES-OTERO, ADMINSTRATOR OF THE
SMALL BUSINESS ADMINISTRATION, CAPITAL ONE
BANK, CITIFINANCIAL INC., SLOMINS INC., STEVE
CAPPLIELLO,

JOHN DOE (Said name being fictitious, it being the intention
of Plaintiff to designate any and all occupants of premises
being foreclosed herein, and any parties, corporations or
entities, if any, having or claiming an interest or lien upon the
mortgaged premises.)

                Defendant(s).

---------------------------------------------------------------------- X

INDEX NO.: 28854/10

**STIPULATION TO DISCONTINUE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo") and counsel for Defendant Georgia Candemeres, a/k/a Georgia Candemeres -Otero that whereas no party is an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the above-captioned action, that the action and all claims by Plaintiff are hereby discontinued and all counterclaims, cross claims or defenses which were asserted or could have been asserted in the action by defendant Georgia Candemeres, a/k/a Georgia Candemeres -Otero are hereby discontinued pursuant to Rule 3217(a) of the New York Civil Practice Law and Rules, with each party bearing its own costs.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be signed in counterparts and a copy of this stipulation shall be considered as effective as an original.

August 9, 2011

William Grausso, Esq., Attorney at Law

By: _____
    William Grausso, Esq.

131 West Main Street
Riverhead, NY 11901
(631) 591-0833

*Attorney for Defendant Georgia Candemeres,
a/k/a Georgia Candemeres -Otero*

HOGAN LOVELLS US LLP

By: _____
    Allison J. Schoenthal, Esq.
    Michael E. Blaine, Esq.

875 Third Avenue
New York, New York 10022
(212) 918-3000

- and –

Steven J. Baum P.C
220 Northpointe Parkway, Suite G
Amherst, NY 14228

*Attorneys for Plaintiff, Wells Fargo Bank, N.A.*

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

WELLS FARGO BANK, N.A.
3476 Stateview Boulevard
Ft. Mill, SC 29715

      Plaintiff,

 -vs.-

GEORGIA CANDEMERES, A/K/A GEORGIA CANDEMERES-OTERO, ADMINSTRATOR OF THE SMALL BUSINESS ADMINISTRATION, CAPITAL ONE BANK, CITIFINANCIAL INC., SLOMINS INC., STEVE CAPPLIELLO,

JOHN DOE (Said name being fictitious, it being the intention of Plaintiff to designate any and all occupants of premises being foreclosed herein, and any parties, corporations or entities, if any, having or claiming an interest or lien upon the mortgaged premises.)

      Defendant(s).

---

INDEX NO.: 28854/10

**STIPULATION TO CANCEL NOTICE OF PENDENCY**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo") and counsel for Defendant Georgia Candemeres, a/k/a Georgia Candemeres -Otero that whereas no party is an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the above-captioned action, that the Notice of Pendency filed in this action in the office of the Clerk of the County of Suffolk on August 6, 2010 be cancelled and discharged of record.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be signed in counterparts and a copy of this stipulation shall be considered as effective as an original.

August 9, 2011

| | |
|---|---|
| William Grausso, Esq., Attorney at Law | HOGAN LOVELLS US LLP |
| By: _____<br>    William Grausso, Esq. | By: _____<br>    Allison J. Schoenthal, Esq.<br>    Michael E. Blaine, Esq. |
| 131 West Main Street<br>Riverhead, NY 11901<br>(631) 591-0833 | 875 Third Avenue<br>New York, New York 10022<br>(212) 918-3000 |
| *Attorney for Defendant Georgia Candemeres, a/k/a Georgia Candemeres -Otero* | - and – <br><br>Steven J. Baum P.C<br>220 Northpointe Parkway, Suite G<br>Amherst, NY 14228<br><br>*Attorneys for Plaintiff, Wells Fargo Bank, N.A.* |

2

Recording Requested By:
WELLS FARGO BANK, N.A

When Recorded Return To:

ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD #100
MAC N9287-011
MINNEAPOLIS, MN 55121-4400

## CORPORATE ASSIGNMENT OF MORTGAGE

Suffolk, New York
"CANDEMERES"

Date of Assignment: February 14th, 2014
Assignor: WELLS FARGO BANK, N.A. at 1 HOME CAMPUS, DES MOINES, IA 50328
Assignee: U.S. BANK N.A. AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC4 TITLE TRUST at 15480 LAGUNA CANYON ROAD, SUITE 100, IRVINE, CA 92618
Executed By: GEORGIA CANDEMERES, A MARRIED PERSON To: WELLS FARGO BANK, N.A.
Date of Mortgage: 02/15/2006 Recorded 04/08/2006 in Book/Reel/Liber: M00021693 Page/Folio: 236 in the County of Suffolk, State of New York. Instrument No: CZ001617

Section-Block-Lot 960 40-07 00-038 000

Property Address: 195 MAYWOOD DRIVE, MASTIC BEACH, NY 11951

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $172,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

WELLS FARGO BANK, N.A.
On 02/18/2014

By: _____
George Wellock
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Hennepin

On the 18th day of February in the year 2014 before me, the undersigned, personally appeared George Wellock, Vice President Loan Documentation, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of Hennepin, State of Minnesota.

WITNESS my hand and official seal.

Michelle Rae Peterson
Notary Expires: 1/31/2017
State of Minnesota    County of Hennepin

MICHELLE RAE PETERSEN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2017

(This area for notarial seal)

PREPARED BY: WELLS FARGO BANK, N.A.