**Exhibit 8**

SUPREME COURT OF THE STATE OF NEW YORK
IAS/ TRIAL PART 34- SUFFOLK COUNTY

PRESENT:
**HON. JOSEPH C. PASTORESSA**
JUSTICE OF THE SUPREME COURT

Mot Seq: #006-MG; CASE DISP

------------------------------------------x
U.S. BANK, NA, AS LEGAL TITLE TRUSTEE
FOR TRUMAN 2013 SC4 TITLE TRUST,

**ATTYS FOR PLAINTIFF(S):**
GROSS POLOWY
1775 WEHRLE DRIVE
WILLIAMSVILLE, NY 14221

Plaintiff(s),

**DEFENDANT PRO SE:**
GEORGIA CANDEMERS
PO BOX 546
NEW YORK, NY 10014

-against-

GEORGIA CANDEMERES a/k/a GEORGIA
CANDEMERES-OTERO, ADMINISTRTAOR OF
THE SMALL BUSINESS ADMINISTRATION,
AN AGENCY OF THE GOVERNMENT OF THE
UNITED STATES OF AMERICA, STEVE
CAPIELLO, NICHOLAS CARUSILLO,
ANTHONY CARUSILLO, DEBBIE CARUSILLO,

Defendant(s).
------------------------------------------x

| Pages Numbered | |
|---|---|
| Notice of Motion/Order to Show Cause/ Petition/Cross Motion and Affidavits (Affirmations) Annexed | 1 |
| Opposing Affidavits (Affirmations) | 2 |
| Reply Affidavits (Affirmations) | |
| Affidavit (Affirmation) | |
| Other Papers | |

Upon the foregoing papers, it is

**ORDERED** that the motion by the plaintiff for a judgment of foreclosure and sale in its favor is granted.

In this mortgage foreclosure action, the defendant Georgia Candemeres appeared in the action through counsel and served an answer to the complaint. By order dated January 29, 2018, this Court granted the plaintiff's motion for summary judgment and denied the defendant's cross-motion to dismiss. The plaintiff now moves for a judgment of foreclosure and sale. The defendant submits opposition but has failed to demonstrate any grounds upon which to deny the motion. The defendant failed to make a showing that the plaintiff engaged in the type of fraud or misconduct that would warrant vacating the prior order granting summary judgment (*see Citimortgage v Brown*, 111 AD3d 593; *Citimortgage v Bustamante*, 107 AD3d 752; *US Bank v Allen*, 102 AD3d 955). Accordingly, the motion is granted.

Judgment signed herewith.

DATED: <u>July 31, 2019</u>

HON. JOSEPH C. PASTORESSA, J.S.C.

H:Foreclosure\US Bank v Candemers-Otero