# Exhibit 9

 Gmail

Georgia Otero <georgiaotero@gmail.com>

---

### eTrack Supreme: U.S. BANK NA vs. CANDEMERES, GEORGIA (0066751/2014) Updated

no-reply@nycourts.gov <no-reply@nycourts.gov>　　　　　　　　　　　　　　　　　　　　　　　Thu, Aug 8, 2019 at 7:47 AM
To: georgiaotero@gmail.com

Index Number: 0066751/2014
The following case which you have subscribed to in eTrack has been updated. Changes from the last update are shown in red and are annotated.

Court: Suffolk Supreme Court
Index Number: 0066751/2014
Case Name: U.S. BANK NA vs. CANDEMERES, GEORGIA
Case Type: E-RES FORECLOSURE FSC ELIGIBLE
Track: Standard
RJI Number:
Disposition Date: 07/31/2019 --- *Information updated*
Date NOI Due:
NOI Filed:
Calendar Number:
RJI Filed: 05/11/2015
Jury Status:
Justice Name: JOSEPH C. PASTORESSA

Attorney/Firm for Plaintiff:
GROSS, POLOWY & ORLANS, ESQ.
1775 WEHRLE DRIVE, STE 100
WILLIAMSVILLE, NY 14221
Attorney Type: Retained
Status: Active

Attorney/Firm for Defendant:
GEORGIA CANDEMERES - Prose

Attorney Type: Unrepresented
Status: Active

Attorney/Firm for Defendant:
GEORGE OTERO - Prose

Attorney Type: Unrepresented
Status: Active

Attorney/Firm for Defendant:
U.S. ATTORNEY-EASTERN DISTRICT
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201
Attorney Type: Retained
Status: Active

Attorney/Firm for Defendant:
GRAUSSO & FOY, LLP
131 WEST MAIN STREET
RIVERHEAD, NY 11901
Attorney Type: Retained
Status: Active

Attorney/Firm for Defendant:
VINCENT LA PAGLIA, ESQ.
200 WASHINGTON STREET, STE 500
HOBOKEN, NJ 07030
Attorney Type: Retained
Status: Active

Last Appearance Date: 04/10/2019
Appearance Time:
On For: Motion
Appearance Outcome: FULLY SUBMITTED
Justice: JOSEPH C. PASTORESSA
Part: MOTION PART 34
Comments: EFILED SFO ALSO SIGNEDMotion Seq: 6 --- *Information updated*

12/11/2019 Gmail - eTrack Supreme: U.S. BANK NA vs. CANDEMERES, GEORGIA (0066751/2014) Updated
Older appearances may exist but are not shown.
19-12834-smb    Doc 28-9    Filed 12/12/19    Entered 12/13/19 12:39:52    Exhibit 9
Pg 3 of 3

Motions: Motion Number: 6
Date Filed: 02/12/2019
Filed By: Plaintiff
Relief Sought: JUDGMENT OF FORECLOSURE
Submit Date: 04/10/2019
Answer Demanded: No
Status: Decided: 07/31/2019 --- *Information updated*
CASE DISPOSED --- *Information updated*
JOSEPH C. PASTORESSA
Decision: Plaintiff Long Form Order --- *Information updated*
Order Signed Date: 07/31/2019 --- *Information updated*

Motion Number: 5
Date Filed: 08/01/2018
Filed By: Plaintiff
Relief Sought: JUDGMENT OF FORECLOSURE
Submit Date:
Answer Demanded: No
Status: Decided: 12/05/2018
MOTION WITHDRAWN
JOSEPH C. PASTORESSA
Decision: Oral
Order Signed Date:

Motion Number: 4
Date Filed: 03/12/2018
Filed By: Defendant
Relief Sought: OTHER RELIEFS
Submit Date: 03/21/2018
Answer Demanded: No
Status: Decided: 05/21/2018
MOTION GRANTED
JOSEPH C. PASTORESSA
Decision: Short Form Order
Order Signed Date: 05/21/2018

Motion Number: 3
Date Filed: 10/12/2016
Filed By: Defendant
Relief Sought: DISMISS MOTION (X-MOTION)
Submit Date: 11/03/2016
Answer Demanded: No
Status: Decided: 01/29/2018
MOTION DENIED
JOSEPH C. PASTORESSA
Decision: Short Form Order
Order Signed Date: 01/29/2018

Motion Number: 2
Date Filed: 09/15/2016
Filed By: Plaintiff
Relief Sought: APPT REFEREE
Submit Date: 09/30/2016
Answer Demanded: No
Status: Decided: 01/29/2018
MOTION GRANTED
JOSEPH C. PASTORESSA
Decision: Plaintiff Long Form Order
Order Signed Date: 01/29/2018

Motion Number: 1
Date Filed: 06/23/2015
Filed By: Defendant
Relief Sought: DISMISSAL
Submit Date: 07/15/2015
Answer Demanded: No
Status: Decided: 01/28/2016
MOTION DENIED
JOSEPH C. PASTORESSA
Decision: Short Form Order
Order Signed Date: 01/28/2016

Scanned Decisions: None on file.

To access this case directly click here.
This is an automated e-mail. If you have questions about your case please contact the Court directly.