UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                           :
                                                                 :
    GEORGIA CANDEMERES OTERO,    :     Chapter 7
                                                                 :     Case No. 19-12834 (SMB)
                        Debtor.    :
---------------------------------------------------------X

## ORDER DENYING MOTION FOR TERMINATION OF AUTOMATIC STAY

      The Court having scheduled a hearing on Rushmore Loan Management Services, LLC's Motion for Termination of Automatic Stay for December 17, 2019 at 10:00 AM; and the movant having failed to appear; it is hereby

      ORDERED that the motion is denied.

Dated:  New York, New York
           December 17, 2019

                                              /s/ *Stuart M. Bernstein*
                                              STUART M. BERNSTEIN
                                              United States Bankruptcy Judge

To:

Ms. Georgia Candemeres Otero
505 Laguardia Pl
Unit 9B
New York, NY 10012

Gregory M. Messer, Esq.
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242

Gary Frederick Herbst, Esq.
LaMonica Herbst & Maniscalco
3305 Jerusalem Avenue
Wantagh, NY 11793

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014